IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ALISSA FURRY,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF POLK CITY; CHELSEA HUISMAN; and JEREMY SIEPKER,<br><br>Defendants. | Case No. 4:25-cv-00501-SMR-SBJ<br><br>**DISMISSAL OF INDIVIDUAL DEFENDANTS CHELSEA HUISMAN AND JEREMY SIEPKER** |

COMES NOW Plaintiff, Alissa Furry, by and through undersigned counsel, and respectfully moves the Court for an order dismissing with prejudice all claims asserted against Defendants Chelsea Huisman and Jeremy Siepker, in their individual capacities:

1. Plaintiff seeks to voluntarily dismiss only the claims against Defendants Huisman and Siepker, with prejudice.

2. This requested dismissal applies solely to the above-named individual defendants. All claims against Defendant City of Polk City shall remain pending and are unaffected by this motion.

3. Plaintiff requests that the Court order that each party bear its own costs and attorney's fees associated with the claims against Defendants Huisman and Siepker.

4. Good cause exists for granting this motion, and no party will be prejudiced by the requested partial dismissal.

5. Defendants do not resist this Motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order dismissing with prejudice all claims against Defendants Chelsea Huisman and Jeremy Siepker and direct each party bear its own fees and costs related to the dismissed individual defendants.

*/s/ Amy Beck*

IOWA EMPLOYMENT ATTORNEYS, P.L.C.
Amy Beck AT0013022
amy@iowaemploymentattorneys.com
David Albrecht AT0012635
david@iowaemploymentattorneys.com
7001 Westown Pkwy, Suite 212
West Des Moines, IA 50266
Telephone: (515) 328-6019
Fax: (515) 513-4657
ATTORNEYS FOR PLAINTIFF