IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ALISSA FURRY,<br><br>   Plaintiff,<br><br>v.<br><br>CITY OF POLK CITY, IOWA,<br><br>   Defendant. | CASE NO. 4:25-cv-00501-SMR-SBJ<br><br><br>**JOINT STIPULATION<br>OF DISMISSAL<br>WITH PREJUDICE** |

    COME NOW Plaintiff, Alissa Furry, and Defendant, City of Polk City, Iowa, by which and through their respective undersigned counsel, and stipulate and agree that Plaintiff's Complaint shall be dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees.

    Dated: June 11, 2026


*/s/ Amy Beck*

Amy Beck, AT0013022
amy@iowaemploymentattorneys.com
David Albrecht, AT0012635
david@iowaemploymentattorneys.com
Iowa Employment Attorneys, PLC
7001 Westown Parkway, Suite 212
West Des Moines, IA 50266
Telephone: 515-328-6019
Fax: 515-513-4657
ATTORNEYS FOR PLAINTIFF

*/s/ Deborah M. Tharnish*

Deborah M. Tharnish, AT0007858
Spencer Willems, AT0014087
DENTONS DAVIS BROWN PC
215 10th Street, Suite 1300
Des Moines, Iowa 50309
Telephone: 515-288-2500
Facsimile: 515-243-0654
deborah.tharnish@dentons.com
spencer.willems@dentons.com
ATTORNEYS FOR DEFENDANT

**Certificate of Service**

The undersigned certifies that a true copy of the foregoing Joint Dismissal was served upon

Defendant's counsel through the Court's CM/ECF filing system on June 11, 2026.

<u>/s/ Joe Wagner</u>

Copy to:
Deborah M. Tharnish
deborah.tharnish@dentons.com
Spencer Willems
spencer.willems@dentons.com
Attorneys for Defendant